UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROMANO, | No. 2:14-cv-2470 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICEDEPARTMENT, et al., | |
| Defendants. | |

  Plaintiff, a former state prisoner, proceeds pro se and in forma pauperis with a civil rights action filed pursuant to 42 U.S.C. § 1983.  A recent order of this court served on plaintiff's address of record was returned as undeliverable.  (See ECF No. 25, and docket notation entered Jan. 29, 2016.)  Nevertheless, plaintiff partially complied with the court's order by submitting documents for the U.S. Marshal to serve process on sole defendant Redlich.  However, these documents are incomplete – neither the USM-285 form nor the summons include defendant's street address (so that service of process can be made on defendant), and neither document includes plaintiff's address (so that defendant can respond to the complaint).  Plaintiff does not need to submit further copies of the complaint – the court has received the copies previously sent by plaintiff.

  Further, it appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona promptly inform the court of any address

1

change, and authorizes dismissal of an action without prejudice if a notice of address change has not been provided within sixty-three days after the return of a court order.[1] Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send plaintiff, at his current address of record, one blank summons and one blank USM-284 form.

2. Within thirty days after the filing date of this order, plaintiff shall submit to the court the fully completed summons and USM-285 form for service of process on defendant Redlich, together with the attached Notice of Submission without prejudice.

3. Failure to return these documents within the specified time period will result in a recommendation that this action be dismissed without prejudice.

DATED: February 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 183(b) provides:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROMANO,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:14-cv-2470 AC P<br><br>NOTICE OF SUBMISSION<br>OF DOCUMENTS |

Plaintiff submits the following documents in compliance with the court's order filed _____.

_____    One fully completed summons form for defendant Redlich

_____    One fully completed USM-285 form for defendant Redlich

AND:

_____    Plaintiff consents to the dismissal without prejudice of defendants Joseph and the Sacramento Police Department

_____        _____
Date                                                                             Plaintiff

3